RECEIVED
JUN - 6 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

IN THE U.S. DIST. COURT MISSOULA, MT,

5/29/07

TYRILL KOROGIROUS, PLAINTIFF

V.

BENEFIS HEALTHCARE, GREAT COLUMBUS HOSPITAL NUNS, DEFENDANTS

SUIT FOR DAMAGES.

I. PLAINTIFF GOT A LOBOTOMY AT THE DEFENDANTS' HOSPITAL, AROUND 1965.

II. PLAINTIFF HAS TRIED FOR YRS TO GET HIS HOSPITAL RECORDS FROM DEFENDANTS, BUT THEY REFUSE TO SEND THEM TO HIM.

III. PLAINTIFF PRAYS THE DEFENDANTS SEND HIM HIS HOSPITAL & LOBOTOMY RECORDS & PAY HIM, AT LEAST

(over)

2)

$7 MILLION ACTUAL, PUNITIVE
EMOTIONAL, MENTAL DAMAGES
ADA & ELDER-ABUSE DAMAGES

RESPECTFULLY SUBMITTED

G. Kilvert [illegible]

CLERK; PLEASE PHOTOSTAT THESE
PAPERS & SERVE THEM ON THE
DEFENDANTS. THANK,

G. Kilvert [illegible]

5/29/07

G Korow trumy, movant

v.

Benefis Healthcare, et al, movees

PAUPER'S PLEA

1) Movant has only $28.12 to his name & is owed money & has songs & writings but is Blackballed.

He asks he be found a Pauper & all court-costs & filing fees be free-of-charge & an atty, be appointed.

Subscribed & Sworn to

G Koffmastrong