RECEIVED
JUN - 6 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

IN THE U.S. DIST. COURT IN MISSOULA, MT.

5/29/07

CYRIL KOROTROVES, Plaintiff
V.
BENEFIS HEALTHCARE, GREAT
COLUMBUS HOSPITAL
NUNS, Defendants Presents,

SUIT FOR DAMAGES.

I. PLAINTIFF GOT A LOBOTOMY AT THE DEFENDANTS' HOSPITAL, AROUND 1965.

II. PLAINTIFF HAS TRIED FOR YRS TO GET HIS HOSPITAL-RECORDS FROM DEFENDANTS, BUT THEY REFUSE TO SEND THEM TO HIM.

III. PLAINTIFF PRAYS THE DEFENDANTS SEND HIM HIS HOSPITAL & LOBOTOMY RECORDS & PAY HIM, AT LEAST

((over))

2)

$1 MILLION ACTUAL, PUNITIVE
EMOTIONAL, MENTAL DAMAGES
ADA & ELDER-ABUSE DAMAGES

RESPECTFULLY SUBMITTED
G. Kilvert [signature]

CLERK; PLEASE PHOTOSTAT THESE
PAPERS & SERVE THEM ON THE
DEFENDANTS
THNX,
G. Kilvert [signature]

5/29/07

G Korow-trums, movant

v.

Benefis Healthcare, et al, movees

PAUPER'S PLEA

1) Movant has only $20.12 to his name & is owed money & has songs & writings but is Blackballed.

He asks he be formed a Pauper & all court-costs & filing fees be free-of-charge & an atty, be appointed.

Subscribed & Sworn to
G Korowatrong