CYRILL KOLOKOTRONIS, Plaintiff, 7/16/07

V.

BENEFIS HEALTHCARE, et al,
COLUMBUS HOSPITAL,
GREAT FALLS, MT, DEFENDANTS

# 9:07-CV-00074-DWM

RECEIVED

JUL 2 0 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

AMENDENT TO
PLAINTIFF'S WRIT

1, PLAINTIFF, THANK YOU COURT FOR CONSIDERATION

I, PLAINTIFF'S GUARDIAN, IN 1965,

WAS HIS MOTHER, THO SHE NEVER

TOLD ME THAT, STILL HE
COULD NOT GET A LOBOTOMY
OR IMPLANT, WITHOUT A COURT
ORDER YET HE WAS NEVER
IN A MT. COURT, THEN, THE
(OVER) STATE WOULD HAVE TO ORDER
IT, HE BELIEVES.

IF, LOBOTOMIES WERE OUTLAWED
IN EVERY STATE IN THE U.S,
LATER, PROOF OF MEDICAL-MALPRACTICE
THE INFAMOUS DR FREEMAN,
WAS ALIVE THEN, HE MAY HAVE
DID THE LOBOTOMY ON PLAINTIFF,

PLANTIFF FORGETS, BUT

HE THINKS DR FREEMANS

BROTHER, WAS SUPT. OF MT. STATE

HOSPITAL, WHERE DEFENDANT

WAS A PATIENT SEVERAL TIMES,
FOR BREAKING A WINDOW, TWICE
& ON A TRICKED-INTO VOLUNTARY
COMMITMENT, THO HE DIDNT LIKE
MENTAL—HOSPITALS.

II, JUST PRIOR TO HIS LOBOTOMY, DEFENDANT
WALKED, A GREAT DISTANCE OUT
TO THE COUNTY, TIRED, HE
HITCHHIKED, 2 MEN IN 6 AVE HIM
A RIDE, THEY TOOK HIM PAST
THE GATE TO MALCOLM AIR—FORCE
BASE, THO DEFENDANT DIDNT WANT
TO GO THERE, HE PULLED SWITCH
ON THE WALL AT THE AIR—FORCES
BASE, HE WAS, THEN, TAKEN TO THE
AIR—FORCE BASE HOSPITAL, THEN
TRANSFERED TO COLUMBUS—HOSPITAL
WHERE HE WAS T—PLANTED TO
THE BED & UNABLE TO ESCAPE, NUNS
WERE WALKING AROUND HIS BED, HE
GOT A LOBOTOMY OR IMPLANT, AGAINST
HIS—WILL

HE HAS BEEN MENTALLY-ILL
SINCE THEN, OFF-&-ON, SUFFERING
DELUSIONS, ILLUSIONS, FALSE
VOICES & VISIONS, CAUSING HIM
TO BE FRAMED, THE SAME YR,
IN EDMONDS, WASH, & HE WAS
FOUND CRIMINALLY-INSANE
FORENSIC, FOR 2ND DEGREE
ASSAULT, IN EDMONDS, WHERE
THE JUDGE ADMITTED HE RULED
HIM INSANITY, AGAINST HIS WILL,
ON 12/1958, HE WAS SANE,
HEALTHY & MORAL, HE WAS
TRICKED INTO A VOLUNTARY
COMMITMENT, FOR 18 DAYS, WHERE
HE GOT ONE ELECTRO SHOCK

4) TREATMENT IN ST. LOUIS MO, — HIS
WILL & WITHOUT A HEARING OR
ANYONE WARNING HIM ABOUT IT,

IN MT. STATE HOSPITAL
IN 1962 HE GOT TEN MORE
ELECTROSHOCK TREATMENTS,
ALL AGAINST HIS WILL THE
PSYCHIATRIST WHO GAVE THEM
TO HIM, TRIED TO CLOSE — DANCE
WITH DEFENDANT, MONTHS BEFORE
THAT DEFENDANT REFUSED TO
DANCE WITH HIM.

IV. FOR MEDICAL — MALPRACTICE,
BRAIN DAMAGE, MAIMING, CH. &
GOVT, & MT. STATE GOVT, OBVIOUSLY
ORDERING HIS LOBOTOMY, PLAINTIFF
PRAYS THIS HON, COURT AWARD HIM THE
SEVEN MILLION, DOLLARS, DAMAGES
RESPECTFULLY SUBMITTED, IN TRIPLICATE
CLERK OF COURT — PLEASE PHOTOSTAT & SERVE
ON DEFENDANTS IF YOU CAN, THANX