AO 450 (Rev. 5/85) Judgment in a Civil Case



## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA - MISSOULA DIVISION

_____

CYRILL KOLOCOTRONIS,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

        V                                       **CV 07-74-M-DWM**

BENEFIS HEALTH CARE and
Columbus hospital,

    Defendants.
.

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   Decision by Court. This matter came before the Court for consideration. The issues have been heard and a decision has been rendered.


    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and against plaintiff.

                                                                 PATRICK E. DUFFY, CLERK

Date: September 17, 2007

                                                                /s/ Mary Nieblas

                                                                       (By) Deputy Clerk