NOTICE OF APPEAL 9/20/07

I, COMES, APPELLANT, WHO, HEREBY APPEALS ON THE GROUNDS THAT HON. COURT SHOULD AT LEAST ORDER THE APPELLEES TO SEND HIM HIS HOSPITAL RECORDS & COURT LETS THE CATHOLIC NUNS GET AWAY WITH UNRESTRICTIVE LOBOTOMIES, WITHOUT RECOMPENSE, BECAUSE THE CATHOLIC CHURCH HAS POWER & THUS APPELLANT IS DENIED HIS EQUAL RIGHTS. RESPECTFULLY SUBMITTED, C. Kolocotronis

FILED
MISSOULA, MT
2007 SEP 13 AM 10 44
PATRICK E. DUFFY
BY ______________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| CYRILL KOLOCOTRONIS, Plaintiff, | ) | CV 07-74-M-DWM |
| vs. | ) | ORDER |
| BENEFIS HEALTH CARE, and COLUMBUS HOSPITAL, Defendants. | ) | |

RECEIVED
SEP 28 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 27, 2007, after conducting a preliminary screening of Plaintiff's Amended Complaint. Judge Lynch recommended dismissing Plaintiff's Amended Complaint as barred by the doctrine of res judicata. Plaintiff timely objected to the Findings and Recommendation on September 10, 2007.[1] Plaintiff therefore is entitled to <u>de novo</u>

[1] Plaintiff termed his objections a "Motion for Reconsideration." The Court will construe the motion as Plaintiff's objections to Judge Lynch's Findings and Recommendation.



CLERK DUFFY, PLEASE PHOTOSTAT & SERVE ON THE APPELLEES, IF YOU CAN, APPELLANT IS SHORT ON MONEY & IS OUT OF STAMPS, [illegible]