UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CYRIL KOLOCOTRONIS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>BENEFIS HEALTHCARE; et al.,<br><br>        Defendants - Appellees. | No. 07-35825<br><br>D.C. No. CV-07-00074-DWM/JCL<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

    The judgment of this Court, entered December 29, 2009, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk